**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOVELL MILLER-RAMOS,

Plaintiff,

Case No. 26-cv-13772

v.

Honorable Brandy R. McMillion

JAMIE LYNN GREEN
f/k/a JAMIE LYNN HARRINGTON,

Defendant.

_________________________________ /

**JUDGMENT**

In accordance with the Opinion and Order of Summary Dismissal, dated October 14, 2026, **IT IS ORDERED AND ADJUDGED** that this cause of action is **DISMISSED**.

KINIKIA ESSIX
CLERK OF COURT

By: s/L. Hosking
Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge

Dated: October 14, 2026
Detroit, Michigan